## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Media Matters for America, et al.

**Plaintiff,**

v.

Warren Kenneth Paxton, Jr., in his
official capacity as Attorney General
of the State of Texas

**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 8:23-cv-03363

## MOTION FOR ADMISSION PRO HAC VICE

I, Tina Meng Morrison , am a member in good standing of the bar of this

Court.   I am moving the admission of Abha Khanna, Esq.

to appear pro hac vice in this case as counsel for Plaintiffs .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| See attached. | See attached. |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Tina Meng Morrison*
_____
Signature

Tina Meng Morrison, Bar No. 21832
_____
Printed name and bar number

Elias Law Group, LLP
_____
Office name

250 Massachusetts Ave. NW, Suite 400 Washington, DC 20001
_____
Address

(202) 968-4652
_____
Telephone number

(202) 968-4498
_____
Fax Number

tmengmorrison@elias.law
_____
Email Address

PROPOSED ADMITTEE

*/s/ Abha Khanna*   (signed by Tina Meng Morrison with permission of Abha Khanna)
_____
Signature

Abha Khanna
_____
Printed name

Elias Law Group, LLP
_____
Office name

1700 Seventh Ave. Suite 2100 Seattle, WA 98101
_____
Address

(206) 656-0177
_____
Telephone number

(206) 656-0180
_____
Fax Number

akhanna@elias.law
_____
Email Address

## ABHA KHANNA

## FEDERAL & STATE COURT ADMISSIONS

| Court | Date of Admission |
|---|---|
| State of New York | 6/18/2008 |
| State of Washington | 6/16/2010 |
| Supreme Court of the United States | 3/26/2018 |
| US Court of Appeals for the Fourth Circuit | 5/6/2016 |
| US Court of Appeals for the Fifth Circuit | 6/10/2022 |
| US Court of Appeals for the Eighth Circuit | 10/14/2020 |
| US Court of Appeals for the Ninth Circuit | 10/15/2010 |
| US Court of Appeals for the Eleventh Circuit | 11/27/2018 |
| US District Court for the Eastern District of Washington | 2/27/2013 |
| US District Court for the Western District of Washington | 8/3/2010 |