UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Media Matters for America, et al.

Plaintiff(s)

Case No.: 8:23-cv-03363-PX

vs.

Warren Kenneth Paxton Jr., in his official capacity as Attorney General of the State of Texas

Defendant

## AFFIDAVIT OF SERVICE

I, Kelly Land, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Disclosure of Corporate Interest, Complaint (Unredacted), Plaintiffs' Motion to File Complaint Under Seal, Plaintiffs' Memorandum in Support of Motion to File Complaint Under Seal, Notice of Filing Document Under Seal, Proposed Order Granting Motion to File Complaint Under Seal, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Proposed Temporary Restraining Order, Complaint (Redacted), Civil Cover Sheet, and Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/12/2023 at 4:00 PM, I served Warren Kenneth Paxton Jr., in his official capacity as Attorney General of the State of Texas with the Summons, Disclosure of Corporate Interest, Complaint (Unredacted), Plaintiffs' Motion to File Complaint Under Seal, Plaintiffs' Memorandum in Support of Motion to File Complaint Under Seal, Notice of Filing Document Under Seal, Proposed Order Granting Motion to File Complaint Under Seal, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order, Proposed Temporary Restraining Order, Complaint (Redacted), Civil Cover Sheet, and Exhibits at 209 West 14th Street, Austin, Texas 78701 by serving Jordan Eskew, Agent, authorized to accept service on behalf of the Attorney General of the State of Texas.

Jordan Eskew is described herein as:

Gender: Female   Race/Skin: White   Age: 32   Weight: 125   Height: 5'1"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

12/13/23
Executed On

Kelly Land

Client Ref Number: N/A
Job #: 1628055

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050