IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>Defendant. | CIV. NO. 23-3363 |

**PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER**

Plaintiffs Media Matters for America ("Media Matters") and Eric Hananoki move for a protective order to prevent Defendants from compelling the presence or testimony of Angelo Carusone, Media Matters's president, at the January 8, 2024 hearing on Plaintiffs' motion for a temporary restraining order. The bases and authorities for this motion are set forth in the accompanying memorandum and the accompanying declaration of Angelo Carusone.

Respectfully submitted this 5th day of January, 2024.

                                                                               */s/ Tina Meng Morrison*

                                                                         **ELIAS LAW GROUP LLP**
                                                                         Abha Khanna*
                                                                         1700 Seventh Ave. Suite 2100
                                                                         Seattle, WA 98101
                                                                         T: (206) 656-0177
                                                                         akhanna@elias.law

Tina Meng Morrison (D. Md. Bar No. 21832)
Aria C. Branch*
Christopher D. Dodge*
Jacob D. Shelly**
Elena A. Rodriguez Armenta*
Daniela Lorenzo**
Omeed Alerasool*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
tmengmorrison@elias.law
abranch@elias.law
cdodge@elias.law
jshelly@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
oalerasool@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr.***
Jay P. Srinivasan***
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: jsrinivasan@gibsondunn.com

Amer S. Ahmed***
Anne Champion***
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com
Email: achampion@gibsondunn.com

* Admitted *pro hac vice*
** Application for admission pending
*** *Pro hac vice* application forthcoming

2