

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

January 8, 2024

Re:     23-cv-3363, *Media Matters v. Paxton*

## LETTER ORDER

Dear Parties:

Today, January 8, 2024, the Court held a hearing on Plaintiffs' motion for temporary restraining order and preliminary injunction.  ECF No. 20.  For the reasons stated on the record, the Court will defer resolution of Plaintiffs' motion.

The Court will permit supplemental briefing on Defendant's motion to dismiss at ECF No. 35.  Accordingly, Defendant's memorandum in support of his motion is due **14 days from the date of this Order**.  Plaintiffs' response is due **14 days thereafter**, and Defendant's reply is due **7 days thereafter**.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

/s/
PAULA XINIS
United States District Judge