IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> Defendant. | CIV. NO. 23-3363 |

**ORDER**

On January 5, 2024, Plaintiffs Media Matters for America and Eric Hananoki moved for a protective order to preclude Defendant Warren Kenneth Paxton, Jr., from compelling the presence or testimony of Angelo Carusone, Media Matters's president, at the January 8, 2024 hearing on Plaintiffs' motion for a temporary restraining order and preliminary injunction. *See* ECF No. 42. The parties subsequently met and conferred to resolve the issues raised in Plaintiffs' motion. Defendant Paxton agreed to withdraw his request to cross-examine Mr. Carusone in exchange for Plaintiffs' agreement to provide Plaintiff Eric Hananoki available for cross-examination, subject to conditions negotiated and agreed upon by the parties.

In view of the foregoing, and in consideration of all relevant arguments and papers submitted, the Court **DISMISSES** the motion (ECF No. 42) as moot.

**IT IS SO ORDERED.**

Dated: January 8, 2024

                                                  /s/
Paula Xinis
United States District Judge
District of Maryland